UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: CV 00-2712 ADM/AJB

| | |
|---|---|
| Jennifer Larson,<br><br>Plaintiff,<br><br>-vs-<br><br>CheckRite,<br><br>Defendant. | and ORDER<br>**STIPULATION TO AMEND THE COMPLAINT**<br><br>Court File No.: CV 00-2712 ADM/AJB |

**IT IS HEREBY STIPULATED AND AGREED** to by and between the parties hereto, by their respective undersigned attorneys, that Plaintiff will file the attached Amended Complaint to include new allegation and claims under the Fair Debt Collection Practices Act.

**CONSUMER JUSTICE CENTER, P.A.**

By: ______________________
Thomas J. Lyons, Jr.
Attorney I.D. #: 249646
Attorney for Plaintiff
1560 Beam Avenue, Suite A
Maplewood, Minnesota 55109
Telephone: (651) 770-9707

Dated: 1/31/01

**MEAGHER & GEER, P.L.L.P.**

By: ______________________
Barton C. Gernander
Attorney for Defendant
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 338-0661

Dated: 2/16/2001

FILED FEB 27 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER**

Pursuant to the foregoing Stipulation, Plaintiff may serve upon the Defendant the Amended Complaint.

~~LET THE STIPULATION BE ENTERED ACCORDINGLY.~~

Dated: 2/26/01

BY THE COURT:

THE HONORABLE U.S. DISTRICT COURT MAGISTRATE JUDGE